# UNITED STATES DISTRICT COURT
### Eastern District of Washington

VINCENT R. ADOLPH, JR.,
               Petitioner,

JUDGMENT IN A CIVIL CASE

v.

MAGGIE MILLER-STOUT,
               Respondent.

CASE NUMBER: CV-08-209-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Petitioner's §2254 Petition (Ct. Rec. 4) is DENIED pursuant to the Order Denying Petition for Writ of Habeas Corpus entered on December 5, 2008 (Ct. Rec. 17).

December 5, 2008            JAMES R. LARSEN
*Date*                                          *Clerk*
                                                          s/ Cora Vargas
                                                          *(By) Deputy Clerk*
                                                          Cora Vargas